18 So.2d 879

**Charles CRAWFORD v. STATE.**

**8 Div. 359.**

Court of Appeals of Alabama.
May 23, 1944.

Jas. L. Carter, of Anniston, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

17 So.2d 184

**W. H. CRAWFORD v. STATE.**

**7 Div. 754.**

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

18 So.2d 879

**R. H. CREEK v. STATE.**

**7 Div. 784.**

Court of Appeals of Alabama.
June 13, 1944.

Chas. Douglass, of Anniston, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

CARR, J., not sitting.

14 So.2d 913

**Poss CROSS v. STATE.**

**7 Div. 722.**

Court of Appeals of Alabama.
June 15, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 879

**Walter CRUISE v. STATE.**

**7 Div. 795.**

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.